COLUMBIAN BANK AND TRUST COMPANY, INC., Appellant,

v.

James E. RICE, D.D.S., Respondent.

No. WD 61813.

Missouri Court of Appeals,
Western District.

June 30, 2003.

STATE of Missouri, ex rel. Jeremiah (Jay) NIXON, Respondent,

v.

Harold E. ESTES, Appellant Pro Se.

No. WD 60796.

Missouri Court of Appeals,
Western District.

June 30, 2003.

John R. Granger, Overland Park, KS, for appellant.

Jason K. Rew, Blue Springs, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM.

Appellant Columbian Bank and Trust Co., Inc., appeals from the judgment of the circuit court in favor of Respondent James E. Rice. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).